LEDYARD COGSWELL, JR., and Another, Appellants, v. ALBERTINE TOPEL and Others, Respondents.— Judgment and order unanimously affirmed, with costs. Leave to appeal to the Court of Appeals granted. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of Charges against GEORGE S. SKINKLE, a Patrolman Connected with the Police Department of the City of Watervliet, N. Y.— Motion to dismiss appeal is reserved until the argument of the appeal. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

BOARD OF SUPERVISORS OF HAMILTON COUNTY, Plaintiff, v. EAGLE NEST COUNTRY CLUB, Defendant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of LEON G. CRARY, an Attorney.— The issues presented upon the charges made and the answer filed are hereby referred to Hon. Wesley O. Howard, of Troy, official referee, to hear the evidence, and report thereon, with his conclusions, to this court. Harold W. Main, district attorney of Franklin county, is hereby designated to prosecute such charges. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of CONCETTA HELZO, Respondent, against GOODWIN & Co., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

HUDSON RIVER DISTRIBUTING Co., INC., Respondent, v. MILTON VAN KEUREN, Appellant.— Motion granted, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO DELL AQUILO, Appellant.— Order of June 30, 1927, vacated, and time for the defendant to perfect his appeal extended to October 15, 1927; the defendant to remain in custody pending the determination of the appeal. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

In the Matter of the Application of MARY RORK, for the Revocation of Letters of Administration Issued to DELLA E. RORK, as Administratrix, etc., of JOHN J. RORK, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant, within ten days, consents to a resettlement, before the present surrogate of Albany county, of the printed case, and prints a supplemental case on appeal, presenting any papers and proceedings found by said surrogate to have been omitted from the case heretofore filed, and pays said costs, in which event the motion is denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Application of the BELMAR CONTRACTING Co., INC., Respondent, for a Certiorari Order against Mayor GEORGE R. HALPIN and Others, Appellants.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.